JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Chris Langer**,

      Plaintiff,

   v.

**Chantha Tim,** in his individual and representative capacity as co-trustee of the Tim and Horn Trust;
**Leng H. Gau**; and Does 1-10,

      Defendants.

Case: 2:14-CV-00373-RGK-RZ

**ORDER OF DISMISSAL
PURSUANT TO STIPULATION
OF THE PARTIES
(F.R.CIV.P. 41 (a) (1)**

## <u>ORDER</u>

    This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

*// // //*

Dated: December 15, 2014 _____

          HONORABLE R. GARY KLAUSNER
          UNITED STATES DISTRICT COURT JUDGE